## STATE OF TEXAS
## 4th COURT OF APPEALS
## COUTY OF BEXAR

| | |
|---|---|
| Michael Idrogo, Public Servant, State of Texas, Plaintiff/Relator/Appellant, | ( ( ( |
| v. | ( ( Dist. Court Case No. **2010-CI-12389** |
| Sarah Garrahan, et alia (in official and individual capacities), and others yet to be named, Defendants/Respondents, | ( Jury Trial Demand;  demand for immediate ( suspension of county personnel ( pending trial |

### MOTION TO PROCEED IN FORMA PAUPERIS

In the interest of justice, Michael Idrogo, Public Servant candidate, State of Texas, Movant Appellant/Plaintiff/Relator filed this Motion To Proceed In Forma Pauperis.  Michael Idrogo is unable to afford costs of the Appeal.

### PREGO ORATIO'NEM (PRAYER)

Plaintiff/Relator/Appellant, in the interest of justice and as a matter of law, prays for granting of judgment in Plaintiff/Relator/Appellant's favor and that Plaintiff/Relator/Appellant have such other and further relief to which Plaintiff/Relator/Appellant may show justly entitled.

Declared to the best of my belief, pursuant $1^{st}/14^{th}$ Amend.,Bill of Rights, U.S. Const., TX Const., laws enforcing, without prejudice U.C.C.  Filed on this date by mailbox.

Michael Idrogo, Plaintiff/Relator, deputized Federal Court 1989, Public Servant, State of Texas (candidate for Federal office);
Navy commander veteran of foreign wars
317 West Rosewood Avenue
San Antonio, Texas 78212
    copy: Attorney General of the United States, Federal authorities, State authorities

- AFFIRMATION –

STATE OF TEXAS
COUNTY OF BEXAR
I, petitioner, Michael Idrogo, do declared and affirm the above is correct to the best of my observation, recollection, & belief.
Declared to the best of my belief, pursuant $1^{st}/14^{th}$ Amend., Bill of Rights, U.S.Const., TX Const., & laws enforcing, without prejudice U.C.C.

Date                Michael Idrogo, Plaintiff/Relator, Public Servant, State of Texas, (candidate for Federal office)

2015 MAY 27 AM 2:41

SAN ANTONIO TX 780
RIO GRANDE DIS ????
27 MAY 2015 PM 2 L

CLERK
4TH COURT OF APPEALS
300 DOLOROSA
SAN ANTONIO, TX 78205

782050303799